# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00125-CV

**Jimmy Ray Sepeda and Hortencia Sepeda, Appellants**

**v.**

**Madison Revolving Trust 2017; Robert D. Campbell,
Select Portfolio Servicing, Inc.; and Shapiro Schwartz, LLP, Appellees**

### FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
### NO. 1051-21, THE HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants' brief on appeal was originally due June 26, 2020. On appellants' motion, the time for filing was extended to August 26, 2020. Appellants have now filed a second motion, requesting that the Court extend the time for filing appellants' brief. We grant the motion for extension of time and order appellants to file a brief no later than October 19, 2020. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on October 2, 2020.

Before Chief Justice Rose, Justices Baker and Kelly